IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ERNEST BRAGGS,           :

    Plaintiff,           :

vs.                      :   CIVIL ACTION 09-0756-KD-M

DEPARTMENT OF VETERANS AFFAIRS, :

    Defendant.           :

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(A) is ADOPTED as the opinion of this Court.

It is ORDERED that this action be and is hereby DISMISSED without prejudice for lack of subject matter jurisdiction.

DONE this 10th day of February, 2010.

                                         s/ Kristi K. DuBose
                                    UNITED STATES DISTRICT JUDGE